# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stoss,<br>    Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>    Defendant | Docket 3:10-cv-266-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br><br><br>FILED ELECTRONICALLY |

## **NOTICE OF VOLUNTARY DISMISSAL**

Please dismiss this action with prejudice and without cost to either party.

 

                                       s/ Kenneth W. Pennington
                                       Kenneth W. Pennington
                                       Sabatini Law Firm, LLC
                                       216 N. Blakely St.
                                       Dunmore, PA 18512
                                       Attorney for Plaintiff
                                       Phone (570) 341-9000
                                       Facsimile (570) 504-2769
                                       Email: kpecf@bankruptcypa.com
                                       Bar Number: PA 68353