IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stoss,<br>    Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>    Defendant | Docket 3:10-cv-266-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br><br>FILED ELECTRONICALLY |

### ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: *September 20, 2010*

*A. Richard Caputo*
A. Richard Caputo
United States District Judge